UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMELLE L. RUSSELL,<br><br>　　　　　Plaintiff,<br>v.<br>STARK, *et al.,*<br><br>　　　　　Defendants. | Case No. 3:20-cv-00350-MMD-CLB<br><br>ORDER |

　　　　The operative complaint in this action was filed on May 4, 2021. (ECF No. 7.) The Court issued a notice of intent to dismiss Cruz pursuant to Fed. R. Civ. P. 4(m) unless proof of service is filed by February 24, 2022. (ECF No. 33.) To date, no such proof of service has been filed. Accordingly, it is ordered that the claims against Cruz are dismissed without prejudice.

　　　　DATED THIS 28th Day of February 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE