AARON D. FORD
Attorney General
ANDREW C. NELSON, Bar No. 15971
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1227
E-mail: acnelson@ag.nv.gov

Attorneys for Defendants,
Taylor DeShane and Michael Stolk

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMELLE L. RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>NORWEIQA, et al.,<br><br>    Defendants | Case No. 3:20-cv-00350-MMD-CLB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PROPOSED JOINT PRETRIAL ORDER** |

Defendant, Taylor DeShane and Michael Stolk, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Andrew C. Nelson, Deputy Attorney General, hereby agree and stipulate to extend the time to file the proposed Joint Pretrial Order to **July 13, 2023**. The proposed Joint Pretrial Order is currently due on July 6, 2023. (ECF No. 74).

This is the parties' first joint request to extend the deadline. The parties met and conferred on June 20, 2023. Undersigned counsel was recently assigned to the matter and will need a brief extension to draft the Joint Pretrial Order and send it to the Plaintiff to provide proposed modifications and additions. Additionally, the parties need additional time to review the proposed modifications and possibly meet & confer prior to filing the proposed Joint Pretrial Order.

///

///

///

The parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 20th day of June, 2023.

By: _____ 1089479
Jamelle L. Russell, 1089479
Plaintiff Pro Se

DATED this 21st day of June, 2023.

AARON D. FORD
Attorney General

By: __/s/ Andrew C. Nelson__
Andrew C. Nelson, Bar No. 15971
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1227
Email: acnelson@ag.nv.gov

*Attorneys for Defendants*

**IT IS SO ORDERED**

Dated this 22nd day of June, 2023.

_____
**U.S. DISTRICT COURT JUDGE**