UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMELLE L. RUSSELL,

    Plaintiff,

  v.

TAYLOR DESHANE AND MICHAEL STOLK,

    Respondents.

Case No. 3:20-CR-350-MMD-CLB

**ORDER TO TRANSPORT PLAINTIFF AND ORDER TO TEST NDOC INMATE FOR IN-PERSON COURT PROCEEDINGS**

    The Court scheduled an in-person Jury Trial to begin on 4/29/2024 at 9:00 AM in Reno Courtroom 5 before Chief Judge Miranda M. Du.

    IT IS ORDERED that the Nevada Department of Corrections (NDOC) shall transport inmate Jamelle L. Russell, NDOC #1089479, to the Bruce R. Thompson Federal Courthouse, 400 S. Virginia Street, Reno, Nevada, to personally attend the Jury trial on 4/29/2024 at 9:00 AM in Reno Courtroom 5 and continuing daily (except for 5/1/2024) until it is completed. NDOC is ordered to transport Plaintiff to the courtroom no later than 8:30 AM **each day**.

    IT IS FURTHER ORDERED that the Nevada Attorney General's Office, in coordination with the NDOC, shall arrange for Plaintiff to be tested for COVID-19 within 14 days of the hearing and with Plaintiff's consent. Additionally, where practicable and depending on space availability, the NDOC should ensure Plaintiff is placed in quarantine following the test's administration and prior to the hearing to protect against further exposure before transport to court.

    IT IS FURTHER ORDERD that, if Plaintiff does not consent to testing, or upon a positive test result, the Nevada Attorney General's Office shall immediately notify the presiding judge's courtroom administrator that Plaintiff cannot be transported to court for the hearing. The presiding judge will decide to either delay the hearing or hold the hearing by video.

1

IT IS FURTHER ORDERED that The Clerk of Court shall provide a courtesy copy of this order to the U.S. Marshal's Office in Reno.

IT IS SO ORDERED.

DATED this __1st__ day of ____April____, 2024.

_____
Honorable Miranda M. Du, Chief U.S. District Judge